

# NUMBER 13-24-00504-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF C.E.R.M., A CHILD

## ON APPEAL FROM THE 23RD DISTRICT COURT
## OF MATAGORDA COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Justice Fonseca**

This appeal is before the Court on its own motion. On October 24, 2024, appellant Kaitlan Ross filed a notice of appeal from a temporary injunction rendered against her in a suit involving the parent-child relationship. On January 7, 2025, the Clerk of the Court notified appellant that the clerk's record in the above cause was originally due on November 4, 2024, and that the deputy district clerk had notified this Court that appellant failed to pay or make arrangements to pay for the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could

be done. *See* TEX. R. APP. P. 37.3(b). The Clerk advised appellant that the appeal was subject to dismissal for want of prosecution unless, within ten days, appellant arranged to pay for the clerk's record and provided proof of payment to this Court. *See id.*; *Clinton v. Clinton*, 198 S.W.3d 444, 444 (Tex. App.—El Paso 2006, no pet.). Appellant did not respond to the Clerk's notice.

When an appellant fails to pay or make arrangements to pay the clerk's fee for preparation of the record, this Court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c); *In re T.L.R.*, 391 S.W.3d 669, 669 (Tex. App.—Dallas 2013, no pet.). To date, the record does not reflect that appellant has paid or arranged to pay for the clerk's record or that appellant is entitled to proceed without payment of costs. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

YSMAEL FONSECA
Justice

Delivered and filed on the
13th day of February, 2025.

2